denied. *Raymond T. Jackson, George S. Smith* and *Harry P. Warner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Ralph S. Spritzer, Benedict P. Cottone* and *Max Goldman* for respondent.

No. 235. Norfolk & Western Railway. Co. *v.* Charles. C. A. 7th Cir. Certiorari denied. *Edward R. Adams* for petitioner. *James G. Lemon, Jr.* for respondent.

No. 255. Hicks *v.* North Carolina. Supreme Court of North Carolina. Certiorari denied. *Claude L. Dawson* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 102. Neapolidis et al. *v.* Theofana Maritime Co., Ltd. et al. Supreme Court of Appeals of Virginia. Certiorari denied. *Jacob L. Morewitz* for petitioners. *Leon T. Seawell* and *Harry E. McCoy, Jr.* for respondents.

No. 164. Sigurjonnson et al. *v.* Trans-American Traders, Inc. C. A. 5th Cir. Certiorari denied. *T. T. Oughterson* for petitioners.

No. 194. Lynch et al. *v.* United States. C. A. 5th Cir. Certiorari denied. *Frank M. Gleason* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Sydney Brodie* for the United States.